888 A.2d 640

**Donald W. THOMAS, Appellant**

v.

**COMMONWEALTH of Pennsylvania, Pennsylvania BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Dec. 27, 2005.

*ORDER*

PER CURIAM.

**AND NOW,** this 27th day of December, 2005, the Order of the Commonwealth Court is AFFIRMED.